IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:21-cr-23 (WLS-TQL-2) |
| SATORIA XYTINA THARP, | : |
| Defendant. | : |

## ORDER

On December 12, 2023, the Government filed a Motion to Dismiss (Doc. 64) the indictment as to Defendant Tharp pursuant to Federal Rule of Criminal Procedure 48(a). The Government states that "[a]s good cause, the United States submits that Satoria Xytina Tharp has successfully completed the terms of her pre-trial diversion agreement." (Doc. 64).

Accordingly, the Government's Motion to Dismiss the Indictment (Doc. 64) is **GRANTED**. The Indictment against the Defendant is **DISMISSED** with prejudice.

**SO ORDERED**, this 13th day of December 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**